# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number: 14-cr-00105-RBJ-01 |
| | USM Number: 63050-051 |
| JAMELLE ALLEN LOWE | Matthew Kyle Belcher, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 14, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 03/08/2014 |
| 2 | Possession and Use of a Controlled Substance | 03/08/2014 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 18, 2014
Date of Imposition of Judgment

*(signature)*
Signature of Judge

R. Brooke Jackson, U.S. District Judge
Name & Title of Judge

11-22-14
Date

DEFENDANT: JAMELLE ALLEN LOWE
CASE NUMBER: 14-cr-00105-RBJ-01

Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 04/29/2014 |
| 4 | Possession and Use of a Controlled Substance | 05/22/2014 |
| 5 | Possession and Use of a Controlled Substance | 05/30/2014 |
| 6 | Possession and Use of a Controlled Substance | 06/24/2014 |
| 7 | Possession and Use of a Controlled Substance | 09/12/2014 |
| 8 | Failure to Participate in Substance Abuse/Mental Health Counseling as Directed by the Probation Officer | 07/25/2014 |
| 9 | Leaving the District of Colorado Without Permission from the Probation Officer | 04/07/2014 |
| 10 | Possession and Use of a Controlled Substance | 10/07/2014 |
| 11 | Failure to Comply with the Electronic Monitoring/Home Confinement Program | 09/29/2014 |
| 12 | Failure to Comply with the Electronic Monitoring/Home Confinement Program | 10/17/2014 |
| 13 | Failure to Comply with the Electronic Monitoring/Home Confinement Program | 10/19/2014 |
| 14 | Failure to Comply with the Electronic Monitoring/Home Confinement Program | 10/20/2014 |

DEFENDANT: JAMELLE ALLEN LOWE
CASE NUMBER: 14-cr-00105-RBJ-01

Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) months. No supervised release to follow term of imprisonment.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal